JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYON DARRELL BROWN,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>PEOPLE OF STATE OF CALIFORNIA,<br><br>　　　　　Respondent. | CASE NO. ED CV 19-2507-RGK (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Dismissing Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: February 12, 2020

*Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE